RECEIVED
FEB 12 2026
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

TAMOND THOMAS #1000011644

v.

SHAUN RUETHER POTENTATE MOOLAH SHRINE
MILAN BERRY
ROY PETERS
ALEX ELLISON
SAM HOTCHKISS    (PLEASE SEE ATTACHED)

*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[✓] Yes    [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*



## I. The Parties to this Complaint

### A. The Plaintiff

Name: TAMOND THOMAS

Other names you have used: TAMOND E. THOMAS

Prisoner Registration Number: I000011644

Current Institution: PIKE COUNTY (SHERIFF) JAIL
1600 Business Hwy 54 West
Bowling Green MO 63334

Indicate your prisoner status:

✓ Pretrial detainee           ☐ Convicted and sentenced state prisoner

☐ Civilly committed detainee  ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee        ☐ Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Milan Berry

Job or Title: Judge

Badge/Shield Number: _____

Employer: Pike County

Address: 1600 Business Hwy 54 West Bowling Green MO 63334

✓ Individual Capacity          ✓ Official Capacity

2

**Defendant 2**

Name: _Ray Peters_

Job or Title: _Police officer (or "peace officer")_

Badge/Shield Number: _____

Employer: _Bowling Green Police Department_

Address: _____

___✓___ Individual Capacity          ___✓___ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

**Defendant 3**
name "Judge Beck" (Lincoln)
title Judge
employer Pike county
address ~~[redacted]~~

[x] individual capacity  [x] official capacity

**Defendant 4**
name "Judge Beck" (Pike county)
title Judge
employer Pike county
address ~~[redacted]~~ Bowling Green MO 63334

[x] individual capacity
[x] official capacity

name "Sergeant Deele"
title corrections officer

**Defendant 5**
name "Emily"
title Jail administrator
employer Pike county jail
address 1600 Business Hwy 54 West Bowling Green MO 63334

[x] individual capacity  [x] official capacity

**Defendant 6**
employer Pike county jail
address 1600 Business Hwy 54 West Bowling Green MO 63334

[x] individual capacity  [x] official capacity

name "CO Richard"
title corrections officer

name Alex Ellison
title prosecuting attorney

**Defendant 7**
employer Pike county jail
address 1600 Business Hwy 54 West Bowling Green MO 63334

[x] individual capacity
[x] official capacity

**Defendant 8**
employer Pike county
address _____

[x] individual capacity
[x] official capacity

**Defendant 9**
name
Job or title: corrections officer/manager
Employer: Pike county jail
badge no: #257
address: 1600 Business Hwy 54 West Bowling Green MO 63334
☑ official capacity   ☐ individual capacity

**Defendant 10**
name: Coyne, Cundiff, Hillemann, PC
Job or title: Law firm
employer: Pike County
address:
☑ official capacity
☑ individual capacity

**Defendant 11**
name: "CO Martin"
Job or title: unknown
employer: Pike County
address:
☑ official capacity
☑ individual capacity

**Defendant 12**
name: "CO Oakley"
Job or title: corrections officer
Employer: Pike county
address: 1600 Business Hwy 54 West Bowling Green MO 63334
☑ official capacity
☑ individual capacity

**Defendant 13**
name: Sam Hotchkiss
Job or title: Attorney
employer: Coyne Cundiff, Hilleman PC/Pike County
address:
☑ official capacity
☑ individual capacity

**Defendant 14**
name: unnamed Bowling green police officer
Job or title: Police officer
Employer: Bowling Green Police Department
address:
☑ official capacity
☑ individual capacity

**Defendant 15**
name: unnamed court clerk
Job or title: Court Clerk
Employer: Pike County
address:
☑ official capacity   ☑ individual capacity

**Defendant 16**
name: unnamed court stenographer
Job or title: stenographer
employer: Pike county
address:
☑ official capacity   ☑ individual capacity

**Defendant 17**
name: SHAUN RVETHER POTENTATE MOOLAH SHRINE
☑ official capacity   ☑ individual capacity

RECEIVED
FEB 12 2026
BY MAIL

Skin Irritation (allergy to alloy) from jumpsuit, allergens in food

Elevated blood pressure, heart rate elevation (issued medicine I never agreed to its treatment; prescription given w/o doctor visit, harmful to patients, could result in further complications, dependency or death) - hydroxizine

Staph infection

migraine headaches

panic attacks

No treatments other than above stated

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

4

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

I am requesting damages in the amount of 205 million. For tortortious interference with business advantage for Hathaway Realty and Berkshire Hathaway. For participation in legal fiction conspiracy against my person. For bad actors acting under the color of law. For cruel and unusual punishment,

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        [✓] Yes      [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

_____

    B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        [✓] Yes      [ ] No      [ ] Do not know

    C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

        [ ] Yes      [ ] No      [✓] Do not know

5

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

"INMATE CANTEEN" ELECTRONIC DEVICE (TABLET); VOLUNTARY STATEMENT FORM @ PIKE COUNTY JAIL (please consult custodian of records)

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

VAGUE RESPONSES AND/OR FAILURE TO ACCEPT RESPONSIBILITY; CLAIMS BY STAFF ISSUE IS NON-GRIEVABLE OR COMPLAINT "CLOSED" WITH N/a RESPONSE GIVEN TO ADDRESS ISSUE

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

THE TABLET FUNCTION DOES NOT ALLOW AN APPEAL, THE JAIL STAFF AND/OR ADMINISTRATOR CONTROL EACH DETAINEE'S DEGREE OF ACCESSABILITY EACH TIME IS CONTACTED IN CONCERNS OF aforementioned given vague response and/or told to "stand by" with no remedy available or offered.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

TABLETS ARE SCARCE INSIDE C UNIT AT JAIL, ALSO TABLETS ARE NOT ASSIGNED TO EACH individual There is great difficulty in obtaining or Maintaining Device for grievance or law library Purposes (law library only offered on tablet)

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I'VE FILED VOLUNTARY STATEMENT forms offered by Facility Staff and attempted request of ombudsman, for review of issues and directly requested a conference with Jail Administrator Emily several times both verbally & electronically

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        ☐ Yes        ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

    N/A

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes        ☑ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff _____ N/A _____

        Defendant(s) _____ N/A _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number _____ N/A _____

    4.    Name of Judge assigned to your case _____ N/A _____

8

5.  Approximate date of filing lawsuit _____ N/A _____

6.  Is the case still pending?

    ☐ Yes          N/A

    ☐ No (*If no, give the approximate date of disposition*): _____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

    N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes          ☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.  Parties to the previous lawsuit

    Plaintiff _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court (*if federal court, name the district; if state court, name the state and county*)

    N/A

3.  Docket or case number _____ N/A _____

4.  Name of Judge assigned to your case _____ N/A _____

5.  Approximate date of filing lawsuit _____ N/A _____

9

6. Is the case still pending?

    ☐ Yes                    N/A

    ☐ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of January, 2026.

Signature of Plaintiff _____

10