**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| TAMOND E. THOMAS, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) No. 2:26-cv-00013-JMD |
| MILAN BERRY, et al., | ) ) ) |
| *Defendants.* | ) ) ) |

**MEMORANDUM AND ORDER**

The Court previously ordered Thomas to serve all defendants "no later than" May 29, 2026, and stated that any defendant not served "will be dismissed from this action." ECF 32. After the order was returned as undeliverable and resent to a new address, the Court *sua sponte* extended his service deadline to June 12, 2026, giving him the same amount of time to serve as he had under the original order. ECF 37. Thomas requested further extension, which the Court granted in part, warning him that any Defendant he "fails to serve and file proof of such service by July 11, 2026, will be dismissed from this action without prejudice." ECF 40.

Thomas did not serve any defendants. Instead, in a flurry of motions, letters, and supplemental notices, he requests even more time. ECF 41–50. He also requests for this case to be "frozen" until he is released from custody. ECF 42–43. But that is not how federal court litigation works. Thomas's self-represented status does not eliminate his obligation to follow court orders, the Federal Rules of Civil Procedure, or this Court's Local Rules. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984) ("Although pro se pleadings are to be construed liberally, pro se litigants are not excused from failing to comply with substantive and procedural law.").

1

The Court gave Thomas clear instructions and ample opportunity for compliance.  He nevertheless failed to serve defendants as ordered.  And his request to "freeze" his case until he is released from custody would defeat the purpose of the rules regarding service.  Accordingly, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

Accordingly, this case is **DISMISSED** without prejudice.  Fed. R. Civ. P. 41(b).

Dated this 13th day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

2